**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

VILMA MENDOZA MENDEZ                    CIVIL ACTION NO. 25-1697

                                        SECTION P

VS.

                                        JUDGE TERRY A. DOUGHTY

KRISTI NOEM, ET AL.                     MAG. JUDGE KAYLA D.
MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having

been considered, together with the written objections [Doc. No. 8] thereto filed with

this Court, and, after a *de novo* review of the record, finding that the Magistrate

Judge's Report and Recommendation is correct and that judgment as recommended

therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Vilma

Mendoza Mendez's Petition [Doc. No. 1] be **DENIED AND DISMISSED WITH**

**PREJUDICE**.

MONROE, LOUISIANA, this 13th day of May, 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE